AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Securities and Exchange Commission | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) ) | Civil Action No. 0:23-cv-61818-WPD |
| Nathalia I. Burgos | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nathalia I. Burgos
9615 Stones River Parkway
Boca Raton, Florida, 33428

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephanie N. Moot, Senior Trial Counsel, Securities and Exchange Commission
801 Brickell Avenue, Suite 1950, Miami, Florida 33131
Phone: (305) 982-6313; Fax: (305) 536-4154; Email:moots@sec.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 09/26/2023

Angela E. Noble
Clerk of Court

SUMMONS

*s/ C.Davis*
Deputy Clerk
U.S. District Courts