UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-cv-61818-WPD

SECURITIES AND EXCHANGE COMMISSION, )
)
                      Plaintiff,      )
)
v.                                          )
)
NATHALIA I. BURGOS,                    )
)
                      Defendant.     )
_____)

## ORDER ON NOTICE OF SETTLEMENT; GRANTING JOINT REQUEST TO STAY

THIS CAUSE is before the Court upon the Joint Request to Stay and Status Report filed by Plaintiff Securities and Exchange Commission (the "Commission) and Defendant Nathalia I. Burgos, filed November 14, 2024 (the "Motion") [DE 44]. The Court has carefully considered the Motion and is otherwise fully advised in the premises. The Motion states that on November, 13, 2024, Burgos provided to the Commission staff her executed consent to a final judgment which final judgment embodies the proposed terms for resolution of this matter. The Commission staff must now begin the process of seeking authority from the five-member Commission in Washington, D.C., to approve the proposed settlement.

Accordingly, it is **ORDERED AND ADJUDGED** that said Motion [DE 44] is hereby **GRANTED**. This matter is **STAYED** for ninety (90) days from the date of this Order, so the Commission staff can obtain authority from the Commission to approve the proposed settlement. The parties shall file a Joint Status Report, and the appropriate dismissal documents and/or any appropriate motions for relief on or before **February 12, 2025**.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida, this 15th day of November, 2024.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record